# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RABIA SHAHBAZ, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>      v.<br><br>Z5X GLOBAL FZ-LLC and ZEE ENTERTAINMENT ENTERPRISES LIMITED.,<br><br>                        Defendants. | Case No. 2:26-cv-00372-TLN-CKD<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Hon. Troy L. Nunley<br><br>Complaint Filed: February 10, 2026<br>Complaint Served: March 4, 2026<br>Original Response Deadline: June 9, 2026<br>New Response Date: July 9, 2026 |

Having carefully reviewed the Parties' Joint Stipulation Setting Briefing Schedule, and finding good cause for the same, the Court hereby **ORDERS** that

- Plaintiff's deadline to file her opposition to Defendants' Motion to Dismiss be continued from June 9, 2026 to July 9, 2026;
- Defendants' deadline to file their Reply shall be continued from June 19, 2026 to August 8, 2026;
- The Court will hear the Motion on September 17, 2026 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 29, 2026                  _____
                                     TROY L. NUNLEY
                                     CHIEF UNITED STATES DISTRICT JUDGE